ELECTRONIC

**Mar. 9, 2009**

STEVEN M. LARIMORE
CLERK  U.S.  DIST.  CT.
S.D.  OF  FLA. - MIAMI

UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF FLORIDA
WEST PALM BEACH DIVISION

VISION MEDIA TV GROUP, LLC,
a Florida Limited Liability Company,

  Plaintiff,

v.

JULIA FORTE personally and
JULIA FORTE d/b/a www.800Notes.com
Advent LLC,

  Defendants.

_____/

Civil Action No._____

## 09-80396-Civ-MARRA/JOHNSON

## COMPLAINT

  VISION MEDIA TV GROUP, LLC, (hereinafter "VISION MEDIA TV GROUP, LLC")

a Florida Limited Liability Company, hereby sues JULIA FORTE personally and JULIA

FORTE d/b/a www.800Notes.com Advent LLC and allege as follows:

### JURISDICTION AND VENUE

  1. This court has jurisdiction over the claims pursuant to 28 U.S.C. § 1332; the

parties to this matter are citizens of different states and the matter in controversy the sum of

$75,000, exclusive of interest and costs.

  2. Venue is proper under 28 U.S.C. § 1391(a) in the Southern District of Florida in

that a substantial part of the events and damages giving rise to the claims which are the subject of

this complaint occurred in the Southern District of Florida.

3.    Jurisdiction is proper in the Southern District of Florida because Defendants have committed tortious acts within the State of Florida and caused injury to the Plaintiff in the State of Florida by intentionally: infringing Plaintiff's famous Trademarks and Trade Names through dilution and tarnishment of same; encouraging users of Defendant's service to submit unlawful content – i.e. content allegedly in violation of employee non-disclosure agreements, confidential settlement agreements executed to resolve previous federal defamation and libel suits; misleading the public by creating content in the form of a context which completely and falsely represent the Plaintiff as a telemarketing scam instead of a television production company; substantially altering content by placing it in a context created by the defendant in order to create a sensational feeding frenzy encouraging reckless false statements regarding the Plaintiff on the Defendant's internet service in order to increase traffic to Defendant's site to increase advertising revenue and thereby injuring the Plaintiff in the Southern District of Florida. The Defendants, despite Plaintiff's attempt to avail itself of the abuse procedures in Defendant's terms of use page, refused to comply with their own terms of use which are aimed at, and allegedly bind, citizens and residents of South Florida. The Defendant's breach of their own terms of use; trademark and trade name infringements; encouragement of the posting of unlawful content; direct creation of context which casts the Plaintiff in a false light; unfair trade practices; misleading of the public; defamation and interference with business relationships have been directed toward Florida residents with access to the internet.

4.    Jurisdiction is proper in that the Defendants have committed tortious and intentional acts within the State of Florida within the meaning of Fla. Stat. 48.193(1)(b).

2

5. Jurisdiction is proper in that the Defendants have engaged in substantial and not isolated activity within the state, and the Southern District of Florida, within the meaning of Fla. Stat. 48.193(2).

6. The court has jurisdiction to enter a temporary and permanent injunction order pursuant to Fed. R.Civ.P. 65.

## THE PARTIES

7. Plaintiff, VISION MEDIA TV GROUP, LLC, is now and at all times mentioned in this Complaint a limited liability company organized and existing under the laws of the State of Florida, having an address at 1515 N. Federal Highway, Suite 300, Boca Raton, FL 33432, Palm Beach county, Florida.

8. Plaintiff, VISION MEDIA TV GROUP, LLC is a well-known television production company which produces short-form educational documentaries that air regionally, nationally and internationally to over 96 million households. Plaintiff has been doing business under the trade name of VISION MEDIA TV GROUP, LLC in said commerce and its mark is now famous. VISION MEDIA TV GROUP, LLC also produces documentaries that they distribute to Public Television. Hugh Downs, the former news anchor of 20/20, is also famous and presently hosts the documentaries produced by VISION MEDIA TV GROUP, LLC which distributes on Public Television. These actions by the defendants have adversely affected Mr. Downs' impeccable reputation.

9. Defendants, JULIA FORTE, personally and d/b/a www.800Notes.com, and Advent LLC Julia Forte, upon information and belief, reside in North Carolina.

3

10. Defendants, JULIA FORTE personally and JULIA FORTE d/b/a www.800Notes.com; Advent LLC operate as natural persons. Advent is a limited liability company. The Defendants are organized as a "gripe site" aimed at the telemarketing industry and at "anonymous" "800" as well as other telephone numbers where posters reveal their experiences with "unknown callers" and telemarketers. The site derives income from advertising sales. Therefore, the site encourages negative postings and editorially puts the postings in whatever context or light which best serves the sensationalism of the particular issue to drive more activity to the sight in order to generate advertising revenue – even if such creativity puts the subject of the post in a false light which is the case in this matter.

11. Defendants, JULIA FORTE and Advent, LLC d/b/a www.800Notes.com created, own and operate www.800Notes.com. Julia Forte has used her blog – web site to: (a) publish her own commentaries on the internet; (b) substantially edit and alter others' posts especially with regard to their context in order to generate and present false defamatory statements; (c) actively encourage circumvention of legally binding agreements by certain "anonymous" individuals allegedly legally bound to refrain from defamatory postings about Plaintiffs; (d) actively create a negative context for postings about Plaintiff by removing positive comments and foreclosing rebuttal opportunities in order to generate interest on her web site by casting the Plaintiff in a false light; and to mislead the public .

12. The readers of the subject web site have the ability to also anonymously post their own comments in an interactive format.

13. However, Ms. Forte editorially, changed the context of Posts by has removing many positive comments regarding the Plaintiff (including a post that highlighted the Plaintiff's

A- rating with the BBB of South Florida) in order to publish her false light characterization of the Plaintiff.

14.     Defendants have thereby become content creators and have published false statements to third parties about Plaintiff.

15.     Plaintiff has been damaged by Defendants' actions.

16.     Defendants operate out of North Carolina. However, they target consumers located in the Southern District of Florida via their blog and other avenues on the internet.

17.     Defendants have an abuse procedure for circumstances such as this one. And, although the Plaintiffs attempted to avail themselves of the Defendants' promises to work through the Defendants' Terms of Use Procedures, the Plaintiffs were stone-walled and the Defendants breached their own Terms of Use and, in fact, substantially altered the content on the site by removing the positive references to the Plaintiff as well as references which properly show Plaintiff as a television production company rather than in the false light of a scamming telemarketing company.


## GENERAL ALLEGATIONS

18.     On or about December 2008  VISION MEDIA TV GROUP, LLC began losing business because clients were being misled by www.800notes.com which: (a) publishes Ms. Forte's own commentaries on the internet; (b) publishes others' comments; (c) substantially edits and alters others' posts, (especially with regard to their context) in order to generate sensationalism to drive traffic to her site for the purpose of increasing advertising revenues and, in the process, presents the Plaintiff in a false light and also, thereby directly creates defamatory statements about the Plaintiff; (d) actively encourages circumvention of legally binding

agreements by providing a forum for certain "anonymous" individuals who, in this case, the Plaintiff alleges are legally bound to refrain from any, but especially defamatory, postings about Plaintiff; (e) actively creates a negative context for postings, for the purpose of sensationalism to drive traffic to her site to increase advertising revenue, about Plaintiff by removing positive comments and foreclosing rebuttal opportunities by blocking Plaintiff's IP Addresses and servers, in order to generate interest on her web site by casting the Plaintiff in a false light; (f) and intentionally misleads the public with regard to the Plaintiff for Defendant's own commercial purposes (i.e. creating a greater advertising value for her sight by driving traffic to same). The readers of this web site have the ability to also post their own comments in an interactive format. However, Ms. Forte has removed any positive comments regarding the Plaintiff, including the aforementioned post that highlighted the Plaintiff's A- rating with the BBB of South Florida, in order to publish her false light characterization of the Plaintiff for her own purposes as stated above.

19.     www.800notes.com encourages negative comments regarding 800 numbers, unknown callers and telemarketers. Therefore, the Defendants encouraged the publication of unlawful content portraying Plaintiff in a false light as a telemarketing company rather than a reputable, established television production company.

20.     Defendants were doing so by selectively removing references as to VISION MEDIA TV GROUP, LLC's true business model and reputation and posting only the ones which portrayed Plaintiff in a false light as a telemarketer.

21.     Furthermore, by so doing Plaintiff's trademark and trade name have been diluted.

22.     Between December 2008 and February 6, 2009, Plaintiff attempted to work through Defendants' procedures to achieve an amicable resolution.

23.     Defendants were ultimately unresponsive and did not participate in their own abuse rectification procedure.

24.     Instead, Defendants substantially altered the content and manipulated the context of the postings on Defendant's site by removing positive and accurate references to the Plaintiff, Plaintiff's reputation, and the Plaintiff's business model which properly portray Plaintiff as an A-rated BBB television production company. Rather, Defendants created a false light by context manipulation and creation whereby Plaintiff is falsely portrayed as a scamming telemarketing company.

25.     Additionally, Defendants have allowed anonymous Posters to post the names of private citizens who are employees of VISION MEDIA TV GROUP, LLC on her web site in an effort to drive traffic and advertising revenue.  There names are only known by persons who are bound by the Plaintiff and/or the courts to keep them in confidence. The Defendants have thereby encouraged the posting of unlawful content. Therefore, Defendants' directly site invades the privacy of Plaintiff's employees by listing their names which had previously been private information. Moreover, the Defendants are encouraging the posting of unlawful content by providing a way for Posters to circumvent their data to keep certain information confidential by allowing them to remain anonymous. This is clear evidence that the Defendants are encouraging the posting of unlawful content.

26.     Defendants' actions have caused the Plaintiff damages and irreparable harm for which there exists no legal remedy.

## CLAIMS FOR RELIEF
## COUNT I
## FALSE LIGHT

Plaintiff, VISION MEDIA TV GROUP, LLC, re-alleges paragraphs 1-26 as if fully set forth herein.

27.     Plaintiff, VISION MEDIA TV GROUP, LLC has exhausted its remedies and has worked diligently through Defendants' abuse procedures to no avail. Therefore, Plaintiff has no alternative manner in which to seek relief but to address these matters before this Honorable Court.

28.     Plaintiff alleges that the Defendants: (a) published Ms. Forte's own commentaries on the internet; (b) published others' comments; (c) substantially edited and altered others' posts, (especially with regard to their context) in order to generate sensationalism to drive traffic to her site and, in the process, presents the Plaintiff in a false light and also, thereby creates defamatory statements about the Plaintiff; (d) actively encouraged circumvention of legally binding agreements by providing a forum for certain "anonymous" individuals who, in this case, the plaintiffs allege are legally bound to refrain from any, but especially defamatory, postings about Plaintiffs; (e) actively created a negative context for postings, for the purpose of sensationalism to drive traffic to her site, about Plaintiff by removing positive comments and foreclosing rebuttal opportunities by blocking Plaintiff's IP Addresses and servers, in order to generate interest on her web site by casting the Plaintiff in a false light;  (f) and intentionally mislead the public with regard to the Plaintiff for Defendants' own commercial purposes (i.e. creating a greater advertising value for her site by driving traffic to same).

29.     The readers of this web site have the ability to also post their own comments in an interactive format. However, Ms. Forte has removed any positive comments regarding the

Plaintiff in order to publish her false light characterization of the Plaintiff for her own purposes as stated above.

30.     By the aforementioned actions the Defendants have created content in the form of the context of the web site and the postings thereon as created by the Defendants and by the way posters are allowed to remain anonymous to encourage the posting of unlawful content.

31.     In a manner of speaking Defendants' site is an attractive nuisance which encourages unlawful content in an electronic form of defamatory graffiti.

32.     To be sure, the Defendants actively elicit and encourage defamatory and unlawful content and does not trumpet a mere call for comments, for the sake of free speech.

33.     Defendants have therefore for commercial purposes, encouraged the posting of unlawful content by providing a method of circumvention for individuals who the Plaintiffs allege are legally bound by agreement or by a court sanctioned settlement agreement to anonymously circumvent said settlements and/or court orders and to resume their defamatory practices with an aim of harming the Plaintiff, by portraying Plaintiffs in a false light.

34.     Defendants have refused to engage in meaningful discussion with regard to alternative ways to resolve these matters or to disclose the identity of the posters.

35.     Defendants have thereby obstructed the Plaintiff's efforts to seek justice and to enforce previous settlement agreements and/or court orders.

36.     Plaintiff alleges that the Defendants have directly and substantially altered the content of the subject postings by changing their context through the elimination of explanatory and exculpatory language and by allowing only the unlawful content complained of above.

37.     Defendants thereby have created false and unlawful content in the form of a generated context and environment which portrays the Plaintiff in a false light (i.e. as a telemarketing scam rather than a BBB A- rated television production company).

38.     Plaintiff specifically alleges that the defendants have directly and substantially created and altered the content by creating the context for the subject postings by shutting out Plaintiff's servers, removing Plaintiff's postings aimed at answering the offensive comments and which linked to YouTube segments showing the quality of Plaintiff's work, eliminating explanatory and exculpatory language and allowing only the posting of unlawful content complained of above.

39.     Defendants thereby have created false and unlawful content and have blocked Plaintiff's home IP addresses to prevent the posting of positive information while retaining the unlawful content posted by a former disgruntled employee who is legally bound to refrain from such conduct.

40.     Defendants have thereby directly portrayed the Plaintiff in a false light (i.e. as a telemarketing scam rather than a BBB A- rated television production company).

41.     A true and correct copy of the internet postings from www.800notes.com are attached herein as **Exhibit "A."**

42.     The offending statements and web site were accessed by persons who visited those web simply researching VISION MEDIA TV GROUP, LLC on the internet and person intending to do business with the Plaintiff.

43.     The offending statements were of the nature of libel per se as they falsely state that VISION MEDIA TV GROUP, LLC is engaging in fraud and other crimes.

44.     As a proximate result of the publication of the false and offending content created by Defendants, VISION MEDIA TV GROUP, LLC has suffered damages in excess of $1,000,000.00. Vision Media TV Group, LLC suffered a loss of reputation, valuable employees and goodwill by being discredited in its professional field.

45.     As part of the effort to restore VISION MEDIA TV GROUP, LLC's reputation, VISION MEDIA TV GROUP, LLC demands that the Defendants disclose the identities of the anonymous Posters, remove all internet offending statements about Plaintiff, post a correction and apology on all web sites where Defendants posted offending statements.   The form of the correction and apology is to be in the form approved by the court.

46.     Defendants aforesaid acts have caused and will cause great and irreparable injury to Plaintiff, and unless said acts are restrained by this Court, they will be continued and Plaintiff will continue to suffer great and irreparable injury.

47.     Plaintiff has no adequate remedy at law.

## COUNT II
## TORTIOUS INTERFERENCE WITH BUSINESS RELATIONSHIP

Plaintiff, VISION MEDIA TV GROUP, LLC, re-alleges paragraphs 1-26 as if fully set forth herein.

48.     Plaintiff, VISION MEDIA TV GROUP, LLC, was in final contract negotiations with several small business owners in an effort to service their businesses by producing segments featuring their business which VISION MEDIA TV GROUP, LLC was producing for its series which was to air on Public Television.

49.     Concrete examples of the catastrophic damage Defendants' irresponsible online conduct has caused Plaintiff are: (i) Springall Academy; (ii) National Villages; (iii) Institute for

Internal Medicine; and (vi) Friends of Russian Orphans. These agreements terminated as a direct result of Defendants' substantial alteration of content by creation of defamatory contexts for the postings, Defendants' negligence by her encouragement of anonymous posters who are likely in violation of termination agreements and/or court orders, trademark infringement, and casting the Plaintiff in a false light. Each contract represented a value to VISION MEDIA TV GROUP, LLC of $25,900.00.

50.     Defendants were aware that VISION MEDIA TV GROUP, LLC was an operating limited liability company in the business of producing short segments for television. The Defendants were also aware that VISION MEDIA TV GROUP, LLC was in operation to produce television shows and not as a telemarketer.

51.     Defendants intentionally and unjustly interfered with the business relationship between the Plaintiff and Springall Academy, Natural Villages, Institute for Internal Medicine, Friends of Russian Orphans and the other businesses by posting on the internet the offending statements.

52.     The offending actions of the Defendants have taken place in a context created by the Defendants, they continue as such and they are projected in a medium which targets VISION MEDIA TV GROUP, LLC's existing and potential clients, such as; SOS Children's Villages-USA, Inc.

53.     The offending content created in the form of the a defamatory context in essence requests the anonymous posting of "suspicious phone numbers" in order to expose frauds and then becomes the "encourager," "guardian" of, and "co-conspirator" with, those who would circumvent termination agreements and/or court orders requiring certain posters to refrain from such activity. This circumstance coupled with the Defendants' substantial contribution to

content, via her substantial changes to the context of same, make her complicit with the posters of unlawful content and, may in fact, place the Defendants in a partnership position with the actual posters. The Defendants, in any case may easily be viewed as an encourager of unlawful content in violation of the Zeran case <u>Zeran v America Online, Inc.,</u>129 F.3d 327 (C.A.4(Va),1997). Therefore, according to Zeran, and applicable statutes, the Defendants have directly placed Plaintiff in a false light, encouraged the posting of unlawful content, and has further created unlawful content and should not be afforded any immunity under Section 230 of the Decency in Communications Act.

54.     In engaging in the posting of the offending statements on the internet, the Defendants intended to impair or destroy VISION MEDIA TV GROUP, LLC's business relationship with business owners.

55.     The intentional and unjustified conduct engaged in by the Defendants and as described above, was the proximate cause of the loss of VISION MEDIA TV GROUP, LLC's business relationship with: Springall Academy, Natural Villages, Institute for Internal Medicine and Friends of Russian Orphans.

56.     As a result of the loss of VISION MEDIA TV GROUP, LLC's business relationship with Springall Academy, Natural Villages, Institute for Internal Medicine and Friends of Russian Orphans, VISION MEDIA TV GROUP, LLC suffered loss of the economic expectancy arising from the relationship in the amount of $103,600.00.

57.     Defendants aforesaid acts have caused and will cause great and irreparable injury to Plaintiff, and unless said acts are enjoined by this Court, they will be continued and Plaintiff will continue to suffer great and irreparable injury.

58.     Plaintiff has no adequate remedy at law for the harm arising caused by Defendants' conduct and negligence.

## COUNT III
## TRADE LIBEL

Plaintiff, VISION MEDIA TV GROUP, LLC, re-alleges paragraphs 1-26 as if fully set forth herein.

59.     Defendants caused the injurious statements which are false to be published on the internet.  The statements alleged that VISION MEDIA TV GROUP, LLC was not a legitimate business at all and that it was trying to defraud small businesses.

60.     The injurious statements were read and continue to be read by many prospective clients of VISION MEDIA TV GROUP, LLC.

61.     Defendants knew or reasonably should have known that the statements would likely influence prospective clients of VISION MEDIA TV GROUP, LLC not to participate in VISION MEDIA TV GROUP, LLC's documentaries or segments.

62.     In fact, the false injurious statements were a material factor in inducing others not to work with VISION MEDIA TV GROUP, LLC in the production of its segments.

63.     As a proximate cause of the publication of the false injurious statements by the Defendants, VISION MEDIA TV GROUP, LLC suffered special damages.  Plaintiff as a result of Defendants action lost the business of Springall Academy, Natural Villages, Institute for Internal Medicine and Friends of Russian Orphans which resulted in a loss of $103,600.00.

64.     The acts of the Defendants have harmed Plaintiff's reputation, severely harmed and Plaintiff's goodwill.

65.     Defendants aforesaid acts have caused and will cause great and irreparable injury to Plaintiff, and unless said acts are restrained by this Court, they will be continued and Plaintiff will continue to suffer great and irreparable injury.

66.     Plaintiff has no adequate remedy at law.

## **RELIEF REQUESTED**

**WHEREFORE,** the Plaintiff respectfully requests:

A.     That this Court enters Judgment against the Defendants requiring Defendants to disclose the identities of certain posters which Plaintiff alleges are bound by employment confidentiality agreements, settlement agreements and/or court orders.

B.     That the Court award the Plaintiff compensatory damages for the value of the contracts between Plaintiff and third parties who are no longer doing business with VISION MEDIA TV GROUP, LLC as a result of the Defendants' encouragement of the posting of unlawful content, substantial alteration of content by context creation leading to false light, trademark infringement, and libel per se; as well as Defendants' complicity with posters circumventing settlement agreements, confidentiality agreements, and/or court orders in the amount of $1,000,000.00.

C.     Defendants, and all officers, directors, agents, servants, employees, attorneys, successors, and assigns and all persons in active concert or participation therewith, be preliminarily and permanently enjoined and restrained from further defamatory communication, encouragement of the posting of unlawful content, substantial alteration of content by context creation leading to false light, trademark infringement, and libel per se via the internet, the mail or via any other outlet.

D.      That the Defendants remove all unlawful content and place all lawful content in a context which does not place Plaintiffs in a false light.

E.      That Plaintiff have and recover, pursuant to the laws of the State of Florida, in addition to its actual damages, punitive damages against the Defendants in the amount of $3,000,000.00.

F.      That Plaintiff have and recover its reasonable attorney fees incurred in this action.

G.      That Plaintiff have and recover its taxable costs and disbursements herein.

H.      That Plaintiff have other and such further relief as the Court may deem just and proper.

MICHAEL WEINER AND ASSOCIATES, P.A.

By: _____
Lee E. Levenson, B.S.C.S., LLM, J.D.
Fla. Bar No.: 2429
10 Southeast First Avenue
Delray Beach, FL 33444
Telephone: (561) 265-2666
Facsimile:  (561) 272-6831
E-Mail: lee@zonelaw.com
Attorney for Plaintiff

Dated:

**EXHIBIT** 



*Est. 1972*

February 10, 2009

Dear Mr. Stalnecker,

Upon receiving the Product Authorization documents last week, we were able to do some additional research regarding Heroes of Hope. We found that the production agency is less than one year old and is not yet established or accepted in the Business world. There are no reviews from the BBB or other participants. We did find one other Non-profit that may be participating in this venture. They are conducting fund-raising to raise the $25,000.

However, in completing our research, we found a lawsuit your company is pursuing regarding a business relationship with a small non-profit who was going to be a part of Heroes of Hope and an article in the New York Times, both raise some concerns about the business: Vision Media Television.

As a small non-profit, we are not willing to take a $25,000 risk. If the production of Heroes of Hope has a successful first year, and there is evidence of success from other non-profits, we would consider working with you in the future.

Thank you for your interest in our program.

Sincerely,

Heather Dierolf, MA, PPS
Executive Director

p2 of 2

6460 Boulder Lake Avenue, San Diego, CA 92119 • (619) 460-5090 • FAX (619) 460-5091
www.springall.org

**VT MEDIA PRODUCTIONS**

# Invoice

1515 N. Federal Highway, Suite 300
Boca Raton, FL 33432

| Date | Invoice # |
|------|-----------|
| 2/10/2009 | 09-2945 |

| Bill To |
|---------|
| Springall Academy<br>Attn: Heather Dierolf, Executive Director<br>6460 Boulder Lake Avenue<br>San Diego, CA  92119 |

| Ship To |
|---------|
|  |

| Job Number | Terms | Producer | Program Developer |
|------------|-------|----------|-------------------|
| 09-2945 | Payment Plan | SStal | C. Kelch |

| Quantity | Item Code | Description | Price Each | Amount |
|----------|-----------|-------------|------------|--------|
| 1 | HOPE | Heroes of Hope<br>Topic: Leading the Way in Helping Kids with Special Needs and Autism | 22,900.00 | 22,900.00 |
| 1 | VTM | Location Fee | 3,000.00 | 3,000.00 |
|  |  | Payment Plan:<br>1st Payment of: $10,634.00<br>$7,634.00 + $3,000.00 = $10,634.00<br>Due: Upon receipt of invoice<br><br>2nd Payment of: $7,633.00<br>Due: Upon receipt of script<br><br>Final Payment of: $7,633.00<br>Due: Upon receipt of final draft of corporate documentary |  |  |

Please direct all billing questions to our Accounting Dept:
(561) 338-7475 Ext 230

Please make checks payable to: VT MEDIA PRODUCTIONS and
include a copy of this invoice.

| Total | $25,900.00 |
|-------|-----------|
| **Payments/Credits** | $0.00 |
| **Balance Due** | $25,900.00 |

| Phone # | Fax # |
|---------|-------|
| 561-338-7475 | 561-367-0708 |

# Production Authorization

| ATTENTION: Heather Dierolf | DATE: Wednesday, February 4, 2009 |
|---|---|
| PARTICIPANT: Springall Academy | TOPIC: Leading the Way in Helping Kids with Special Needs and Autism |
| PRODUCER: Samuel Stalnecker | SHOOT LOC:  To be determined |

## Public Television Distribution

- *The Heroes of Hope Series* will be distributed to Public Television stations in all 50 states. This includes production of a 2-5 minute educational segment to be distributed as a stand alone interstitial to Public Television Stations nationwide for unlimited broadcast at their discretion (estimated reach is over 40 million households). *The Heroes of Hope Series* maintains editorial control for *Heroes of Hope* and will adhere to guidelines for Public Television's *Standards and Practices*. The host of *The Heroes of Hope Series* for Public Television is Hugh Downs. *Host Restriction:* Hugh Downs' image may not be used for any other *broadcasts* other than Public Television.
- A separate feed will be distributed to all Public Television Stations that broadcast in your local area notifying them of your story.

## *The Heroes of Hope Series to provide the following Durable & Intangible Goods*
## 6-8 Minute Documentary Tape / Corporate Identity Piece / Fundraising

- *The Heroes of Hope Series* to provide production of one (1) complete broadcast quality, custom, 6-8 minute educational documentary tape with expansive and detailed information documenting the issues that impact your target market. Interviews and/or narration are added to accomplish the specific goals of your organization.  This tape will be produced and edited on high-end Beta SP. The format is educational/informational, and is uniquely designed to promote your company, service or product within the context of the feature story line. Production capability will include: program/set design, script writing, videography, graphics, music, on-camera talent, editing. High-end computer generated graphics throughout, and 2-D animation and/or graphics of your logo, phone number, and website will complete the production.

## Regional Television Distribution

- *The Heroes of Hope Series* to provide production of one (1) high end 1 or 2-minute educational commercial segment used for network distribution.  Springall Academy will have final sign off before the segment is distributed to the networks.
- Your educational commercial segment will be broadcast regionally on CNBC, Fox News, MSNBC, or equivalent network. These segments will target peak and prime time programs airing a minimum of forty (40) times in the cities of your choice (post airing reports will be provided).

## Internet Distribution & Video Web-Streaming

- Upon completion, *The Heroes of Hope Series* will digitize and encode the educational documentary and educational commercial segment for web-streaming on your website.  These segments will be accessible for viewing by all traffic via your website.
- Your 6-8 minute documentary tape will be encoded and distributed to the top video-streaming web networks: Google Video and YouTube.



**Video E-mail Narrowcast / Fundraising**

- *The Heroes of Hope Series* will design and generate a regional email campaign to your narrowcasted audience of up to 1,000,000 video email links. This will be accomplished with a list provided by your organization and *The Heroes of Hope Series's* database for industry-specific effectiveness.

**Springhall Academy To Provide As Outlined in the Production Timeline**



- Completion of the research questionnaire. (*Research Questionnaire contained in the media package.*)
- Necessary literature text, ads, logos etc. helpful in creating script for the project, as well as a company logo.
- A list of potential interviews and site locations where the educational information, service or product may be filmed.
- Springhall Academy does hereby commit to participate in this project described above and does further agree to pay the $22,900 pre-production and scheduling fee upon receipt of invoice. If Springhall Academy fails to pay the $22,900 pre-production and scheduling fee when due, *Heroes of Hope* shall be entitled to 30% of the pre-production and scheduling fee as liquidated damages.
- A field production crew will be provided on location at an appropriate facility in South Florida (West Palm Beach to Miami) to shoot all footage and interviews for this project at no additional expense. Alternately, our crews will travel anywhere in the continental United States to acquire the necessary footage. Any shoot location outside of South Florida will be provided for a location fee of $3,000 for a typical one day, one location shoot. This location expense will be the responsibility of Springhall Academy. Please note that on-location shoots outside of South Florida are NOT a requirement.
- Expert advice on the technical accuracy of script and video for the educational commercial segment, and 6-8 minute educational documentary within five business days of receipt of these deliverables.

| | | |
|---|---|---|
| Authorized Signature | Executive Director Position | 1/26/09 Date |
| HOH Producer | Producer Position | 1/26/09 Date |

*Heroes of Hope Series*
Samuel Stalnecker

*Venue for any claim arising out of or relating to this agreement or to the breach of this agreement shall be in Palm Beach County, Florida. This agreement shall be interpreted under the laws of the state of Florida.*

✱ We would like to pay this in increments which can be agreed upon at a later date.

✱ Springall Academy (no "H")

**Jenny**

| | |
|---|---|
| **From:** | markm@vmediatv.com |
| **Sent:** | Monday, February 23, 2009 11:14 AM |
| **To:** | jenny |
| **Subject:** | Blog |

Mark,

This email is from **Natural Villages.** They signed a clean contract and backed out after they found the blog, which is full of false information from the disgruntled former employee.

Chris Kelch

Producer, **Heroes of Hope**

EXT. 226

1515 North Federal Hwy, Suite 300  Boca Raton, FL 33432

PH: (561) 338-7475  ● FAX: (561) 367-7601

**Confidentiality Notice**

*This email transmission including all attachments may contain confidential and/or legally privileged information from Chris Kelch intended only for the use of the individual(s) named above and not for public use in any medium. If you are not the intended recipient, you are hereby notified that any disclosure, copying or distribution of this information or the taking of any action in reliance on the contents of this transmission is strictly prohibited. If you have received the e-mail transmission in error, please reply to the sender so that I can arrange for proper delivery, and then please delete the message from your inbox. Finally, the recipient should check this email and any attachments for the presence of viruses. The studio production house accepts no liability for any damage caused by any virus transmitted by this email..*

**From:** Johanna Parry Cougar [mailto:light-rain@msn.com]
**Sent:** Tuesday, February 03, 2009 8:19 PM
**To:** Chris Kelch; Christie Phillips; sally walsh; michaelcougar@msn.com
**Subject:** RE: response to the REVISED Special Feature Invitation Production Authorization from Chris Kelch for the Heroes of Hope series.



Rating: +1                                             **Beware** - 1 Feb 2009

BEWARE : THIS IS A SCAM.  Vision Media or VT Media or National Education Report or Heroes of Healthcare/Sport/Etc... or whatever they may be calling themselves these days is your basic telemarketing fraud. I know... because I know someone who worked there briefly before she quit in disgust.

1

Here's the angle from the producer/telemarketer:
1) Come up with any kind of all-encompassing "story"
2) Look for "experts" by buying a list or creating one.
3) Read a script (these people are NOT television producers but telemarketers.) It will play to your ego and/or your passion in your work.
4) Pressure you into signing a production authorization in 3-4 days.

The key phrase in the production authorization (PA) is "DISTRIBUTED TO". Basically, they'll come out and shoot whatever story you want on poor quality film. Edit it with the same quality you'd find in high school video class. Then send it to individual Public Television stations around the country, which may or may not use them (probably not - and definitely not in the major markets -- call around and check for yourself). They'll also send it to CNBC, Fox, etc. where it is then up to the network to show it or not. That's why they offer POST airing reports, instead of showing you the media buy itself.

STEER CLEAR OF THESE PEOPLE. THEY ARE SCAMMERS. And don't, under any circumstances, send them money. Ignore their threats. They are scammers. **Report them to the better business bureau immediately.**

Some names to google: Bill Hough. Dr. Matt McMahon. Christian (Chris) Kelch. Michael Rawlinson.



**Error! Filename not specified.Error! Filename not specified.
Error! Filename not specified.**

~When one breathes the consciousness of the divine,
prayers become answered, through inspiration.

Evol ution = love  moving from now, to now.

www.natural-villages.org        www.hamsa-yoga.org

**Error! Filename not specified.Error! Filename not specified.Error! Filename not specified.**

**VT MEDIA PRODUCTIONS**

# Invoice

1515 N. Federal Highway, Suite 300
Boca Raton, FL 33432

| Date | Invoice # |
|------|-----------|
| 2/5/2009 | 09-2938 |

| Bill To |
|---------|
| Natural Villages<br>Attn: Johanna Parry Cougar, Exec. Trustee<br>P.O. Box 471<br>Felton, CA  95018 |

| Ship To |
|---------|
| 831-419-6817<br>831-335-7194 (Fax) |

| Job Number | Terms | Producer | Program Developer |
|------------|-------|----------|-------------------|
| 09-2938 | Payment Plan | Kelch | Dr. McMahon |

| Quantity | Item Code | Description | Price Each | Amount |
|----------|-----------|-------------|------------|--------|
| 1 | NER | Eco Planet<br>Topic: Peace of Mind and Sustainable Lifestyles | 22,900.00 | 22,900.00 |
| 1 | VTM | Location Fee | 3,000.00 | 3,000.00 |
|   |   | Payment Plan:<br>1st Payment of: $10,634.00<br>Due: Upon receipt of invoice |   |   |
|   |   | 2nd Payment of: $7,633.00<br>Due: Upon receipt of script |   |   |
|   |   | Final Payment of: $7,633.00<br>Due: On day of shoot, to be handed to field producer |   |   |

Please direct all billing questions to our Accounting Dept:
(561) 338-7475 Ext 230

Please make checks payable to: VT MEDIA PRODUCTIONS and
include a copy of this invoice.

| Total | $25,900.00 |
|-------|-----------|
| Payments/Credits | $0.00 |
| **Balance Due** | $25,900.00 |

| Phone # | Fax # |
|---------|-------|
| 561-338-7475 | 561-367-0708 |

# ecoplanet

# Production Authorization

| ATTENTION: Christie Phillips/ Johanna Parry Cougar | DATE: Friday, January 30, 2009 |
|---|---|
| PARTICIPANT: Natural Villages | TOPIC: PEACE OF MIND AND SUSTAINABLE LIFESTYLES |
| PRODUCER: Chris Kelch | SHOOT LOC: To be determined |

## Public Television Distribution

- *Eco Planet* will be distributed to Public Television stations in all 50 states. This includes production of a 2-5 minute educational segment to be distributed as a stand alone interstitial to Public Television Stations nationwide for unlimited broadcast at their discretion (estimated reach is over 40 million households). *Ecoplanet TV* maintains editorial control for *Eco Planet* and will adhere to guidelines for Public Television's *Standards and Practices*. The host of Eco Planet for Public Television is Hugh Downs. *Host Restriction:* Hugh Downs' image may not be used for any other *broadcasts* other than Public Television.

## *Ecoplanet TV to provide the following Durable & Intangible Goods*

## 6-8 Minute Documentary Tape / Corporate Identity Piece

- *Ecoplanet TV* to provide production of one (1) complete broadcast quality, custom, 6-8 minute educational documentary tape with expansive and detailed information documenting the issues that impact your target market. Interviews and/or narration are added to accomplish the specific goals of your organization. This tape will be produced and edited on high-end Beta SP. The format is educational/informational, and is uniquely designed to promote your company, service or product within the context of the feature story line. Production capability will include: program/set design, script writing, videography, graphics, music, on-camera talent, editing. High-end computer generated graphics throughout, and 2-D animation and/or graphics of your logo, phone number, and website will complete the production.

## Commercial Segment

- *Ecoplanet TV* to provide production of one (1) high end one or two-minute educational commercial segment used for network distribution.
- Your educational commercial segment will be broadcast once primetime in over 84 million homes via MSNBC, CNBC, Fox News or equivalent network (post airing reports will be provided).

## Regional Television Distribution

- Your educational commercial segment will air 400 times in many of the top 200 DMAs during peak and prime time on networks such as CNBC, FOX News, The Learning Channel, FamilyNet, Discovery Channel, or equivalent networks (post airing reports will be provided).

## International Distribution

- Your 2-5 minute segment will be distributed internationally to Voice of America (VOA). VOA is an international multimedia broadcasting service (funded by the U.S. Government) with a daily viewing audience of 96 million people airing in 200 cities and 127 countries.

# ecoplanet

## Internet Distribution & Video Web-Streaming

- Upon completion, *Ecoplanet TV* will digitize and encode the educational documentary and educational commercial segment for web-streaming on your website. These segments will be accessible for viewing by all traffic via your website.
- Your 6-8 minute documentary tape will be encoded and distributed to the top video-streaming web networks: Google Video and YouTube.

## Video E-mail Narrowcast

- *Ecoplanet TV* will design and generate a national or regional email campaign to your narrowcasted audience of up to 1,000,000 video email links. This will be accomplished with a list provided by your organization and *Ecoplanet TV's* database for industry-specific effectiveness.

## Natural Villages to Provide As Outlined in the Production Timeline

- Completion of the research questionnaire. (*Research Questionnaire contained in the media package.*)
- Necessary literature text, ads, logos etc. helpful in creating script for the project, as well as a company logo.
- A list of potential interviews and site locations where the educational information, service or product may be filmed.
- Natural Villages does hereby commit to participate in this project described above and does further agree to pay the $22,900 pre-production and scheduling fee. 1/3 of fee is due upon receipt of invoice, 1/3 of fee is due upon day of script, 1/3 of fee is due upon shoot day. If Natural Villages fails to pay the $22,900 pre-production and scheduling fee when due, Ecoplanet TV shall be entitled to 30% of the pre-production and scheduling fee as liquidated damages.
- A field production crew will be provided on location at an appropriate facility in South Florida (West Palm Beach to Miami) to shoot all footage and interviews for this project at no additional expense. Alternately, our crews will travel anywhere in the continental United States to acquire the necessary footage. Any shoot location outside of South Florida will be provided for a location fee of $3,000 for a typical one day, one location shoot. This location expense will be the responsibility of Natural Villages. Please note that on-location shoots outside of South Florida are NOT a requirement.
- Expert advice on the technical accuracy of script and video for the educational commercial segment, and 6-8 minute educational documentary within five business days of receipt of these deliverables.

| | | |
|---|---|---|
| *Mousa Parry Cougar* | *Executive Trustee* | 1/30/09 |
| Authorized Signature | Position | Date |
| | *Pavase* | 1/30/2009 |
| Eco Planet Producer | Position | Date |
| *Ecoplanet TV* | | |
| **Chris Keich** | | |

*Venue for any claim arising out of or relating to this agreement or to the breach of this agreement shall be in Palm Beach County, Florida. This agreement shall be interpreted under the laws of the state of Florida.*

**1515 North Federal Hwy, Suite 300 ● Boca Raton, FL 33432 ● Ph: (561) 338-7475 ● Fax: (561) 367-7601**

3



Jenny
_____

**From:**          markm@vmediatv.com
**Sent:**          Monday, February 23, 2009 2:23 PM
**To:**            jenny
**Subject:**       Fw: Scheduled

Mark,

**Institute for Internal Medicine (INMED)** also cancelled their contract after seeing the blog and the attached articles.

See the email below

Chris Kelch
Producer, **Heroes of Hope**
EXT. 226

1515 North Federal Hwy, Suite 300  Boca Raton, FL 33432
PH: (561) 338-7475  ●  FAX: (561) 367-7601

**Confidentiality Notice**
*This email transmission including all attachments may contain confidential and/or legally privileged information from Chris Kelch intended only for the use of the individual(s) named above and not for public use in any medium. If you are not the intended recipient, you are hereby notified that any disclosure, copying or distribution of this information or the taking of any action in reliance on the contents of this transmission is strictly prohibited. If you have received the e-mail transmission in error, please reply to the sender so that I can arrange for proper delivery, and then please delete the message from your inbox. Finally, the recipient should check this email and any attachments for the presence of viruses. The studio production house accepts no liability for any damage caused by any virus transmitted by this email..*

**From:** Nicholas Comninellis, INMED [mailto:nicholas@inmed.us]
**Sent:** Thursday, February 19, 2009 8:44 PM
**To:** Chris Kelch
**Subject:** Re: Scheduled

Hello Chris,

With reference to the websites below and their reports concerning your company, INMED is discontinuing all contact with you. The contract you faxed today is hereby void under the Missouri 3-day contract cancellation provision.

Nicholas Comninellis

http://www.nytimes.com/2008/08/16/us/16pitch.html?_r=1
http://www.edelmandigital.com/blog/2008/08/exposing_floridas_paytoplay_pr.html
http://floridapayforplayexposed.blogspot.com/

On 2/19/09 4:11 PM, "Chris Kelch" <ck@edutvseries.com> wrote:

Nicholas

Everything has been scheduled and you will be receiving hard copies of everything for Saturday Delivery via Fed Ex. I will call you tomorrow to discuss the next steps.  Look forward to working with you.

Sincerely,

1

Chris Kelch
Producer, **Heroes of Hope**
ck@edutvseries.com <ck@edutvseries.com%20%20>
EXT. 226

1515 North Federal Hwy, Suite 300  Boca Raton, FL 33432
PH: (561) 338-7475  ● FAX: (561) 367-7601

**Confidentiality Notice**
*This email transmission including all attachments may contain confidential and/or legally privileged information from Chris Kelch intended only for the use of the individual(s) named above and not for public use in any medium. If you are not the intended recipient, you are hereby notified that any disclosure, copying or distribution of this information or the taking of any action in reliance on the contents of this transmission is strictly prohibited. If you have received the e-mail transmission in error, please reply to the sender so that I can arrange for proper delivery, and then please delete the message from your inbox.  Finally, the recipient should check this email and any attachments for the presence of viruses.  The studio production house accepts no liability for any damage caused by any virus transmitted by this email..*

--
Nicholas Comninellis, MD MPH, President
INMED - Institute for International Medicine
"Equipping health professionals to serve in medical missions"
6700 Troost Ave. | Suite 224 | Kansas City MO | 64131-4401
http://inmed.us | nicholas@inmed.us | 816-520-6900

**VT MEDIA PRODUCTIONS**

# Invoice

1515 N. Federal Highway, Suite 300
Boca Raton, FL 33432

| Date | Invoice # |
|------|-----------|
| 2/23/2009 | 09-2956 |

| Bill To |
|---------|
| Institute for International Medicine<br>Attn: Nicholas Comninellis, CEO<br>6700 Troost Ave., Suite 224<br>Kansas City, MO  64131-4401 |

| Ship To |
|---------|
| 816-520-6900 |

| Job Number | Terms | Producer | Program Developer |
|------------|-------|----------|-------------------|
| 09-2956 | Due on receipt | Kelch | Dr. McMahon |

| Quantity | Item Code | Description | Price Each | Amount |
|----------|-----------|-------------|------------|--------|
| 1 | HOPE | Heroes of Hope<br>Topic: Making A Difference through equipping the next generation of health care professionals | 22,900.00 | 22,900.00 |
| 1 | VTM | Location Fee | 3,000.00 | 3,000.00 |

Please direct all billing questions to our Accounting Dept:
(561) 338-7475 Ext 230

Please make checks payable to: VT MEDIA PRODUCTIONS and include a copy of this invoice.

| | |
|---|---|
| **Total** | $25,900.00 |
| **Payments/Credits** | $0.00 |
| **Balance Due** | $25,900.00 |

| Phone # | Fax # |
|---------|-------|
| 561-338-7475 | 561-367-0708 |

# Heroes of Hope
OFFERING HOPE AROUND THE GLOBE
## Production Authorization

| ATTENTION: Nicholas Comninellis | DATE: Thursday, February 19, 2009 |
|---|---|
| PARTICIPANT: INMED: Institute for International Medicine | TOPIC: Making A Difference through equipping the next generation of health care professionals |
| PRODUCER: Chris Kelch | SHOOT LOC: To be determined |

## Public Television Distribution

- *The Heroes of Hope Series* will be distributed to Public Television stations in all 50 states. This includes production of a 2-5 minute educational segment to be distributed as a stand alone interstitial to Public Television Stations nationwide for unlimited broadcast at their discretion (estimated reach is over 40 million households). *The Heroes of Hope Series* maintains editorial control for *Heroes of Hope* and will adhere to guidelines for Public Television's *Standards and Practices*. The host of *The Heroes of Hope Series* for Public Television is Hugh Downs. *Host Restriction:* Hugh Downs' image may not be used for any other *broadcasts* other than Public Television.

## *The Heroes of Hope Series to provide the following Durable & Intangible Goods*
## 6-8 Minute Documentary Tape / Corporate Identity Piece/ Fundraising

- *The Heroes of Hope Series* to provide production of one (1) complete broadcast quality, custom, 6-8 minute educational documentary tape with expansive and detailed information documenting the issues that impact your target market. Interviews and/or narration are added to accomplish the specific goals of your organization. This tape will be produced and edited on high-end Beta SP. The format is educational/informational, and is uniquely designed to promote your company, service or product within the context of the feature story line. Production capability will include: program/set design, script writing, videography, graphics, music, on-camera talent, editing. High-end computer generated graphics throughout, and 2-D animation and/or graphics of your logo, phone number, and website will complete the production.

## Commercial Segment

- *The Heroes of Hope Series* to provide production of one (1) high end one or two-minute educational commercial segment used for network distribution.
- Your educational commercial segment will be broadcast once primetime in over 84 million homes via MSNBC, CNBC, Fox News or equivalent network (post airing reports will be provided).

## Regional Television Distribution

- Your educational commercial segment will air 400 times in many of the top 200 DMAs during peak and prime time on networks such as FOX News, The Learning Channel, FamilyNet, Discovery Channel, or equivalent networks (post airing reports will be provided).

## International Distribution

- Your 2-5 minute segment will be distributed internationally to Voice of America (VOA). VOA is an international multimedia broadcasting service (funded by the U.S. Government) with a daily viewing audience of 96 million people airing in 200 cities and 127 countries.

**Heroes of Hope**
OFFERING HOPE AROUND THE GLOBE

## Internet Distribution & Video Web-Streaming

- Upon completion, *The Heroes of Hope Series* will digitize and encode the educational documentary and educational commercial segment for web-streaming on your website. These segments will be accessible for viewing by all traffic via your website.
- Your 6-8 minute documentary tape will be encoded and distributed to the top video-streaming web networks: Google Video and YouTube.

## Video E-mail Narrowcast / Fundraising

- *The Heroes of Hope Series* will design and generate a regional or national email campaign to your narrowcasted audience of up to 1,000,000 video email links. This will be accomplished with a list provided by your organization and *The Heroes of Hope Series'* database for industry-specific effectiveness.

## INMED: Institute for International Medicine to Provide As Outlined in the Production Timeline

- Completion of the research questionnaire. (*Research Questionnaire contained in the media package*.)
- Necessary literature text, ads, logos etc. helpful in creating script for the project, as well as a company logo.
- A list of potential interviews and site locations where the educational information, service or product may be filmed.
- **INMED: Institute for International Medicine** does hereby commit to participate in this project described above and does further agree to pay the $22,900 pre-production and scheduling fee upon receipt of invoice. If **INMED: Institute for International Medicine** fails to pay the $22,900 pre-production and scheduling fee when due, *The Heroes of Hope Series* shall be entitled to 30% of the pre-production and scheduling fee as liquidated damages.
- A field production crew will be provided on location at an appropriate facility in South Florida (West Palm Beach to Miami) to shoot all footage and interviews for this project at no additional expense. Alternately, our crews will travel anywhere in the continental United States to acquire the necessary footage. Any shoot location outside of South Florida will be provided for a location fee of $3,000 for a typical one day, one location shoot. This location expense will be the responsibility of **INMED: Institute for International Medicine**. Please note that on-location shoots outside of South Florida are NOT a requirement.
- Expert advice on the technical accuracy of script and video for the educational commercial segment, and 6-8 minute educational documentary within five business days of receipt of these deliverables.

Nicholas Comminellis MD    INMED President    2/19/09 1545
Authorized Signature _____ Position _____ Date _____

_____    Producer    8-19-09
HOH    Producer    Position _____ Date _____
*The Heroes of Hope Series*
**Chris Kelch**

Venue for any claim arising out of or relating to this agreement or to the breach of this agreement shall be in Palm Beach County, Florida. This agreement shall be interpreted under the laws of the state of Florida.

The shoot must take place on May 29-30, 2009 at the INMED Exploring Medical Missions Conference at the University of Missouri Kansas City, MO

1815 North Federal Hwy, Suite 300 ● Boca Raton, FL 33432 ● Ph: (561) 338-7475 ● Fax: (561) 367-7601

3

APPROVED



# Production Authorization

| ATTENTION: Lisa Wurster | DATE: Thursday, February 26, 2009 |
|---|---|
| PARTICIPANT:   Friend's   of   Russian   Orphans | TOPIC: Friend's of Russian Orphans |
| PRODUCER: Chris Kelch | SHOOT LOC: To be determined |

## Public Television Distribution

- *The Heroes of Hope Series* will be distributed to Public Television stations in all 50 states. This includes production of a 2-5 minute educational segment to be distributed as a stand alone interstitial to Public Television Stations nationwide for unlimited broadcast at their discretion (estimated reach is over 40 million households). *The Heroes of Hope Series* maintains editorial control for *Heroes of Hope* and will adhere to guidelines for Public Television's *Standards and Practices*. The host of *The Heroes of Hope Series* for Public Television is Hugh Downs. *Host Restriction:* Hugh Downs' image may not be used for any other *broadcasts* other than Public Television.
- A separate feed will be distributed to all Public Television Stations that broadcast in your local area notifying them of your story.

## *The Heroes of Hope Series to provide the following Durable & Intangible Goods*
## 6-8 Minute Documentary Tape / Corporate Identity Piece / Fundraising

- *The Heroes of Hope Series* to provide production of one (1) complete broadcast quality, custom, 6-8 minute educational documentary tape with expansive and detailed information documenting the issues that impact your target market. Interviews and/or narration are added to accomplish the specific goals of your organization. This tape will be produced and edited on high-end Beta SP. The format is educational/informational, and is uniquely designed to promote your company, service or product within the context of the feature story line. Production capability will include: program/set| design, script writing, videography, graphics, music, on-camera talent, editing. High-end computer generated graphics throughout, and 2-D animation and/or graphics of your logo, phone number, and website will complete the production.

## Regional Television Distribution

- *The Heroes of Hope Series* to provide production of one (1) high end 1 or 2-minute educational commercial|segment used for network distribution. **Friend's of Russian Orphans** will have final sign off before the segment is distributed to the networks.
- Your educational commercial segment will be broadcast regionally on CNBC, Fox News, MSNBC, or equivalent network. These segments will target peak and prime time programs airing a minimum of forty (40) times in the cities of your choice (post airing reports will be provided).

## Internet Distribution & Video Web-Streaming

- Upon completion, *The Heroes of Hope Series* will digitize and encode the educational documentary and educational commercial segment for web-streaming on your website. These segments will be accessible for viewing by all traffic via your website.
- Your 6-8 minute documentary tape will be encoded and distributed to the top video-streaming web networks: Google Video and YouTube.



## Video E-mail Narrowcast / Fundraising
- *The Heroes of Hope Series* will design and generate a regional email campaign to your narrowcasted audience of up to 1,000,000 video email links. This will be accomplished with a list provided by your organization and *The Heroes of Hope Series's* database for industry-specific effectiveness.

## Friend's of Russian Orphans    to Provide as Outlined in the Production Timeline
- Completion of the research questionnaire. (*Research Questionnaire contained in the media package.*)
- Necessary literature text, ads, logos etc. helpful in creating script for the project, as well as a company logo.
- A list of potential interviews and site locations where the educational information, service or product may be filmed.
- **Friend's of Russian Orphans** does hereby commit to participate in this project described above and does further agree to pay the $22,900 , payment terms as follows: 1/3 of pre-production and scheduling fee upon receipt of invoice, 1/3 of pre-production and scheduling fee upon receipt of script and 1/3 of pre-production and scheduling fee upon completion of shoot . If **Friend's of Russian Orphans**      fails to pay the $22,900 pre-production and scheduling fee when due, *Heroes of Hope* shall be entitled to 30% of the pre-production and scheduling fee as liquidated damages.
- A field production crew will be provided on location at an appropriate facility in South Florida (West Palm Beach to Miami) to shoot all footage and interviews for this project at no additional expense. Alternately, our crews will travel anywhere in the continental United States to acquire the necessary footage. Any shoot location outside of South Florida will be provided for a location fee of $3,000 for a typical one day, one location shoot. This location expense will be the responsibility of **Friend's of Russian Orphans** . Please note that on-location shoots outside of South Florida are NOT a requirement.
- Expert advice on the technical accuracy of script and video for the educational commercial segment, and 6-8 minute educational documentary within five business days of receipt of these deliverables.

Authorized Signature          Position                 Date  2/26/2009

HOH   Producer                Position                 Date  2/26/2009
*Heroes of Hope Series*
**Chris Kelch**

*Venue for any claim arising out of or relating to this agreement or to the breach of this agreement shall be in Palm Beach County, Florida. This agreement shall be interpreted under the laws of the state of Florida.*

**1515 North Federal Hwy, Suite 300 ● Boca Raton, FL 33432 ● Ph: (561) 338-7475 ● Fax: (561) 367-7601**

APPROVED

3

# VT MEDIA PRODUCTIONS

1515 N. Federal Highway, Suite 300
Boca Raton, FL 33432

# Invoice

| Date | Invoice # |
|------|-----------|
| 2/26/2009 | 09-2967 |

| Bill To |
|---------|
| Friends of Russian Orphans<br>Attn: Lisa Wurster, President<br>7557 Wind River Drive<br>Sylvania, OH 43560 |

| Ship To |
|---------|
| 419-841-6971<br>419-241-8599 (Fax) |

| Job Number | Terms | Producer | Program Developer |
|------------|-------|----------|-------------------|
| 09-2967 | Payment Plan | Kelch | Dr. McMahon |

| Quantity | Item Code | Description | Price Each | Amount |
|----------|-----------|-------------|------------|--------|
| 1 | HOPE | Heroes of Hope<br>Topic: Friends of Russian Orphans | 22,900.00 | 22,900.00 |
| 1 | VTM | Location Fee<br><br>Payment Plan:<br>1st Payment of: $10,634.00<br>$7,634.00 + $3,000.00 = $10,634.00<br>Due: Upon receipt of invoice<br><br>2nd Payment of: $7,633.00<br>Due: Upon receipt of script<br><br>Final Payment of: $7,633.00<br>Due: Upon completion of shoot | 3,000.00 | 3,000.00 |

Please direct all billing questions to our Accounting Dept:
(561) 338-7475 Ext 230

Please make checks payable to: VT MEDIA PRODUCTIONS and
include a copy of this invoice.

| Total | $25,900.00 |
|-------|------------|
| Payments/Credits | $0.00 |
| Balance Due | $25,900.00 |

| Phone # | Fax # |
|---------|-------|
| 561-338-7475 | 561-367-0708 |



Друзья русских сирот
7557 Wind River Drive • Sylvania, Ohio 43560
(419) 841-6971 • www.fororphans.org • contact@fororphans.org

February 26, 2009

Chris Kelch
Heroes of Hope TV Series

Dear Chris:

Our organization is withdrawing its Production Authorization issued by fax less than two hours ago. We have not received a counter-signature from you, and thus there is no contract or reliance by you on the document previously faxed. We have seen information that your organization may not be legitimate. We feel you have not been provided accurate and complete information. Any contract of this sort would have to be approved by our entire organization's Board of Directors, and thus is not a valid agreement. Please contact me if you have further questions.

Very truly yours,

Lisa Wurster

Lisa A. Wurster.
Friends of Russian Orphans

BOARD OF DIRECTORS
Judith Stookey • Michael Bragg • Shelley Davis • Teresa Grigsby • Letitia Marth
Douglas Haynam • Michael Jenkins • Amy Natyshak • Laurie Pangle-Wairol • Kerry Patric Clark
Kenneth Mauer • Jeff King • Andrew Wiegand • Lisa Wurster • Phillip Wurster

## Jenny

| | |
|---|---|
| **From:** | markm@vmediatv.com |
| **Sent:** | Monday, February 23, 2009 2:27 PM |
| **To:** | jenny |
| **Subject:** | Potential client |
| **Attachments:** | image001.jpg |

Mark,

See Below. This was a potential client that Eric and I had a teleconference scheduled with today. Apparently, the blog and it's information is too available.

Sincerely,

Chris Kelch
Producer, **Heroes of Hope**
EXT. 226

1515 North Federal Hwy, Suite 300  Boca Raton, FL 33432
PH: (561) 338-7475  ● FAX: (561) 367-7601

**Confidentiality Notice**
*This email transmission including all attachments may contain confidential and/or legally privileged information from Chris Kelch intended only for the use of the individual(s) named above and not for public use in any medium. If you are not the intended recipient, you are hereby notified that any disclosure, copying or distribution of this information or the taking of any action in reliance on the contents of this transmission is strictly prohibited. If you have received the e-mail transmission in error, please reply to the sender so that I can arrange for proper delivery, and then please delete the message from your inbox. Finally, the recipient should check this email and any attachments for the presence of viruses. The studio production house accepts no liability for any damage caused by any virus transmitted by this email.*

**From:** Moumita Bhattacharya [mailto:mbhatt@sos-usa.org]
**Sent:** Friday, February 06, 2009 3:57 PM
**To:** ck@edutvseries.com
**Subject:** hope series

Would request you to stop cheating people. We will report this to BBB.
We are not interested in being a part of the hope series. Read the enclosed articles to know why we don't want to be associated with you.

http://800notes.com/Phone.aspx/1-561-338-7475

Thanks,

**Moumita Bhattacharya**
Direct Marketing Associate

SOS Children's Villages-USA, Inc.
1200 G Street, NW, Suite 550
Washington, DC 20005
202.347-7920
202.347.7334 Fax
(888) 767-4543 (toll-free)
**e-mail:moumita@sos-usa.org**

1

x

*SOS Children's Villages was founded in 1949 to provide families for orphaned and abandoned children. Today there are over 450 Villages in 132 countries around the world. Our mission is to build families for children in need, help them shape their own futures and share in the development of their communities.*

**Millions of children around the world live without parental care. For less than $1 dollar a day, you can change a child's future! *To learn how*, visit us on the web at <u>www.sos-usa.org</u>.**

JS 44 (Rev. 2/08)

# CIVIL COVER SHEET

ELECTRONIC

The JS 44 civil cover sheet and the information contained herein neither replace nor supplement the filing and service of pleadings or other papers as required by law, except as provided by local rules of court. This form, approved by the Judicial Conference of the United States in September 1974, is required for the use of the Clerk of Court for the purpose of initiating the civil docket sheet. (SEE INSTRUCTIONS ON THE REVERSE OF THE FORM.) **NOTICE: Attorneys MUST Indicate All Re-filed C**

Mar. 9, 2009

STEVEN M. LARIMORE
CLERK U.S. DIST. CT.
S.D. OF FLA.- MIAMI

## I. (a) PLAINTIFFS

VISION MEDIA TV GROUP, LLC, a Florida Limited Liability Company,

**(b)** County of Residence of First Listed Plaintiff  Palm Beach County
(EXCEPT IN U.S. PLAINTIFF CASES)

**(c)** Attorney's (Firm Name, Address, and Telephone Number)

Lee E. Levenson, Esquire,
Michael Weiner & Associates, P.A.
10 SE 1st Avenue, Delray Beach, FL 33444  (561-265-2666)

## DEFENDANTS

JULIA FORTE personally and JULIA FO
www.800Notes.com Advert LLC,

County of Residence of First Listed Defendant  Wake County
(IN U.S. PLAINTIFF CASES ONLY)

NOTE: IN LAND CONDEMNATION CASES, USE THE LOCATION OF THE TRACT LAND INVOLVED.

Attorneys (If Known)

**(d)** Check County Where Action Arose: ☐ MIAMI- DADE ☐ MONROE ☐ BROWARD ☑ PALM BEACH ☐ MARTIN ☐ ST. LUCIE ☐ INDIAN RIVER ☐ OKEECHOBEE ☐ HIGHLANDS

## II. BASIS OF JURISDICTION (Place an "X" in One Box Only)

☐ 1 U.S. Government Plaintiff
☐ 3 Federal Question (U.S. Government Not a Party)
☐ 2 U.S. Government Defendant
☑ 4 Diversity (Indicate Citizenship of Parties in Item III)

## III. CITIZENSHIP OF PRINCIPAL PARTIES (Place an "X" in One Box for Plaintiff and One Box for Defendant) (For Diversity Cases Only)

|  | PTF | DEF |  | PTF | DEF |
|---|---|---|---|---|---|
| Citizen of This State | ☑ 1 | ☐ 1 | Incorporated or Principal Place of Business In This State | ☑ 4 | ☐ 4 |
| Citizen of Another State | ☐ 2 | ☑ 2 | Incorporated and Principal Place of Business In Another State | ☐ 5 | ☑ 5 |
| Citizen or Subject of a Foreign Country | ☐ 3 | ☐ 3 | Foreign Nation | ☐ 6 | ☐ 6 |

09CV80396 Krm /LRJ

## IV. NATURE OF SUIT (Place an "X" in One Box Only)

| CONTRACT | TORTS | | FORFEITURE/PENALTY | BANKRUPTCY | OTHER STATUTES |
|---|---|---|---|---|---|
| ☐ 110 Insurance | **PERSONAL INJURY** | **PERSONAL INJURY** | ☐ 610 Agriculture | ☐ 422 Appeal 28 USC 158 | ☐ 400 State Reapportionment |
| ☐ 120 Marine | ☐ 310 Airplane | ☐ 362 Personal Injury - Med. Malpractice | ☐ 620 Other Food & Drug | ☐ 423 Withdrawal 28 USC 157 | ☐ 410 Antitrust |
| ☐ 130 Miller Act | ☐ 315 Airplane Product Liability | ☐ 365 Personal Injury - Product Liability | ☐ 625 Drug Related Seizure of Property 21 USC 881 | | ☐ 430 Banks and Banking |
| ☐ 140 Negotiable Instrument | | | ☐ 630 Liquor Laws | **PROPERTY RIGHTS** | ☐ 450 Commerce |
| ☐ 150 Recovery of Overpayment & Enforcement of Judgment | ☑ 320 Assault, Libel & Slander | ☐ 368 Asbestos Personal Injury Product Liability | ☐ 640 R.R. & Truck | ☐ 820 Copyrights | ☐ 460 Deportation |
| ☐ 151 Medicare Act | ☐ 330 Federal Employers' Liability | | ☐ 650 Airline Regs. | ☐ 830 Patent | ☐ 470 Racketeer Influenced and Corrupt Organizations |
| ☐ 152 Recovery of Defaulted Student Loans (Excl. Veterans) | ☐ 340 Marine | **PERSONAL PROPERTY** | ☐ 660 Occupational Safety/Health | ☑ 840 Trademark | ☐ 480 Consumer Credit |
| ☐ 153 Recovery of Overpayment of Veteran's Benefits | ☐ 345 Marine Product Liability | ☐ 370 Other Fraud | ☐ 690 Other | | ☐ 490 Cable/Sat TV |
| | ☐ 350 Motor Vehicle | ☐ 371 Truth in Lending | **LABOR** | **SOCIAL SECURITY** | ☐ 810 Selective Service |
| ☐ 160 Stockholders' Suits | ☐ 355 Motor Vehicle Product Liability | ☐ 380 Other Personal Property Damage | ☐ 710 Fair Labor Standards Act | ☐ 861 HIA (1395ff) | ☐ 850 Securities/Commodities/ Exchange |
| ☐ 190 Other Contract | ☐ 360 Other Personal Injury | ☐ 385 Property Damage Product Liability | ☐ 720 Labor/Mgmt. Relations | ☐ 862 Black Lung (923) | ☐ 875 Customer Challenge 12 USC 3410 |
| ☐ 195 Contract Product Liability | | | ☐ 730 Labor/Mgmt.Reporting & Disclosure Act | ☐ 863 DIWC/DIWW (405(g)) | ☐ 890 Other Statutory Actions |
| ☐ 196 Franchise | | | | ☐ 864 SSID Title XVI | ☐ 891 Agricultural Acts |
| **REAL PROPERTY** | **CIVIL RIGHTS** | **PRISONER PETITIONS** | ☐ 740 Railway Labor Act | ☐ 865 RSI (405(g)) | ☐ 892 Economic Stabilization Act |
| ☐ 210 Land Condemnation | ☐ 441 Voting | ☐ 510 Motions to Vacate Sentence | ☐ 790 Other Labor Litigation | **FEDERAL TAX SUITS** | ☐ 893 Environmental Matters |
| ☐ 220 Foreclosure | ☐ 442 Employment | **Habeas Corpus:** | ☐ 791 Empl. Ret. Inc. Security Act | ☐ 870 Taxes (U.S. Plaintiff or Defendant) | ☐ 894 Energy Allocation Act |
| ☐ 230 Rent Lease & Ejectment | ☐ 443 Housing/ Accommodations | ☐ 530 General | | ☐ 871 IRS—Third Party 26 USC 7609 | ☐ 895 Freedom of Information Act |
| ☐ 240 Torts to Land | ☐ 444 Welfare | ☐ 535 Death Penalty | **IMMIGRATION** | | ☐ 900 Appeal of Fee Determination Under Equal Access to Justice |
| ☐ 245 Tort Product Liability | ☐ 445 Amer. w/Disabilities - Employment | ☐ 540 Mandamus & Other | ☐ 462 Naturalization Application | | |
| ☐ 290 All Other Real Property | ☐ 446 Amer. w/Disabilities - Other | ☐ 550 Civil Rights | ☐ 463 Habeas Corpus-Alien Detainee | | ☐ 950 Constitutionality of State Statutes |
| | ☐ 440 Other Civil Rights | ☐ 555 Prison Condition | ☐ 465 Other Immigration Actions | | |

## V. ORIGIN (Place an "X" in One Box Only)

☑ 1 Original Proceeding
☐ 2 Removed from State Court
☐ 3 Re-filed (see VI below)
☐ 4 Reinstated or Reopened
☐ 5 Transferred from another district (specify)
☐ 6 Multidistrict Litigation
☐ 7 Appeal to District Judge from Magistrate Judgment

## VI. RELATED/RE-FILED CASE(S).
(See instructions second page)

a) Re-filed Case ☐ YES ☑ NO    b) Related Cases ☐ YES ☑ NO

JUDGE                    DOCKET NUMBER

## VII. CAUSE OF ACTION

Cite the U.S. Civil Statute under which you are filing and Write a Brief Statement of Cause (Do not cite jurisdictional statutes unless diversity):

28 USC 1332 Diversity - Internet Defamation libel

LENGTH OF TRIAL via _3_ days estimated (for both sides to try entire case)

## VIII. REQUESTED IN COMPLAINT:

☐ CHECK IF THIS IS A CLASS ACTION UNDER F.R.C.P. 23
DEMAND $1,100,000
Plus injunction relief
CHECK YES only if demanded in complaint:
JURY DEMAND: ☐ Yes ☑ No

ABOVE INFORMATION IS TRUE & CORRECT TO THE BEST OF MY KNOWLEDGE

SIGNATURE OF ATTORNEY OF RECORD    DATE  3-5-09

FOR OFFICE USE ONLY

AMOUNT 350.00    RECEIPT #    IFP

725525