IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF FLORIDA
WEST PALM BEACH DIVISION

CASE NO.: 09-80396 CIV-MARRA

VISION MEDIA TV GROUP, LLC, a
Florida limited liability company, JOHN
VAZAIOS, CHRISTIAN KELCH, GARY
JAMES, LINDA SHIELDS, MATTHEW
McMAHON, LINDA GIBBS, LINDA
GALLIGAN, TONY LANDA, PAUL BEMIC,
PAUL DEMIC, CHRIS KELCH, DIANA,
JANETTE MORRISON, SET PETERS, JEFF
SLAVIN, CATHY PROCTOR, KRISTIN SLOAN,
BILL HOUGH, DR. MATT MCMAHON,
MICHAEL RAWLINSSON, LEON GROBER,
PAUL DEMNICK, KATE LARSE, ALEX BERRY,

    Plaintiffs,
vs.

JULIA FORTE, personally and JULIA FORTE
d/b/a www.800Notes.com, ADVENT LLC, JANE
DOE (a/k/a "BEWARE"),

    Defendants.
_____/

**THE LAW OFFICES OF GEOFFREY D. ITTLEMAN, P.A.**
**NOTICE OF APPEARANCE ON BEHALF OF PLAINTIFFS**

**PLEASE TAKE NOTICE** that THE LAW OFFICES OF GEOFFREY D. ITTLEMAN, P.A. has been retained as co-counsel on behalf of the Plaintiffs and would request that all motions, correspondence and pleadings that are filed in such action are directed to the undersigned law firm on behalf of the Plaintiffs with respect to the above referenced matter.

*Vision Media TV Group, LLC, et.al. vs. Forte, et.al.*
*Case No.: 09-80396 CIV-MARRA*

Respectfully submitted,

THE LAW OFFICES OF GEOFFREY D. ITTLEMAN, P.A.
440 North Andrews Avenue
Fort Lauderdale, Florida 33301
Tel: (954)462-8340
Fax: (954) 462-8342

By:   s\Geoffrey Ittleman
Geoffrey D. Ittleman, Esq.
Florida Bar No.: 377790

## CERTIFICATE OF SERVICE

**I HEREBY CERTIFY** that a true and correct copy of the foregoing was sent via electronic transmission on this the 21st day of January, 2010 to **Lee E. Levenson, Jr.**, co-counsel for Plaintiffs, 2500 Quantum Lakes Drive, Suite 203, Boynton Beach, Florida 33426 and to Paul **Alan Levy, Esquire**, Public Citizen Litigation Group, 1600 20th Street, N.W., Washington, D.C. 20009-1001.

THE LAW OFFICES OF GEOFFREY D. ITTLEMAN, P.A.
440 North Andrews Avenue
Fort Lauderdale, Florida 33301
Tel: (954)462-8340
Fax: (954) 462-8342

By:   s\Geoffrey Ittleman
Geoffrey D. Ittleman, Esq.
Florida Bar No.: 377790