UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF FLORIDA
WEST PALM BEACH DIVISION

| | |
|---|---|
| VISION MEDIA TV GROUP, LLC,<br>    a Florida Limited Liability Company, *et al.*,<br><br>        Plaintiffs,<br><br>        v.<br><br>JULIA FORTE, *et al.*,<br><br>        Defendants. | )<br>)<br>)<br>)<br>)<br>) Civil Action No. 09-80396<br>)<br>)<br>)<br>) |

**STATEMENT OF MATERIAL FACTS
ABOUT WHICH THERE IS NO GENUINE ISSUE
UNDER LOCAL RULE 7.5(C)**

    1. Julia Forte lives in North Carolina. Forte Afffidavit ¶ 2.

    2. Julia Forte has never been to Florida. *Id.*

    3. Julia Forte and her husband own a limited liability company, Octonet, LLC. Its previous name was Advenet, LLC. *Id.* In this document, Julia Forte and Octonet are henceforth jointly referred to as "Forte," unless otherwise specified or apparent.

    4. Forte has never has maintained a physical office, owned or leased property, owned any bank accounts, owned any investments, or had a mailing address, telephone number, or fax number in the State of Florida. Forte has never targeted the State of Florida for business development. Forte has never paid any taxes in Florida, filed any lawsuits, solicited any business, or advertised via print or broadcast media in the state. Forte has never had an employee, agent, or business representative of any kind in the State of Florida. Forte is not registered to do business in Florida. *Id.*

    5. Julia Forte and her husband created and operate the web site 800Notes.com as employees of Octonet, which owns the web site. Forte Aff. ¶ 3

6. Forte created and operates the web site entirely from her home in North Carolina. The web site is not hosted in Florida, and Forte has no contract with any Internet Service Providers in Florida. *Id.*

7. 800Notes is a forum where members of the public may post comments — either negative or positive — about their experiences with individuals and companies that call to market goods, services, or causes. Forte Aff. ¶ 4.

8. Exhibit A of the Forte Affidavit is the "about" page of the 800Notes web site. Exhibit B of the Forte Affidavit is the home page of the 800Notes web site. Exhibit C of the Forte Affidavit is the "contact us" page of the 800Notes web site. *Id.* ¶¶ 4-5.

9. Forte wrote the web pages linked from the 800Notes home page under the headings "articles" and "news." None of these writings mentions Vision Media or any of the individual plaintiffs. *Id.* ¶¶ 6-7.

10. Exhibits D and E of the Forte Affidavit, respectively, are the Terms of Service and Privacy Policy of 800Notes. Exhibit F of the Forte Affidavit is a web page that is linked from the 800Notes home page, and from every other page of the web site, using the hyperlink "Legal Stuff." *Id.* ¶ 9.

11. The comments portion of the web site includes the great bulk of material on the site. Apart from comments posted by Julia Forte or her husband about marketing calls that they have themselves received, none of the comments was written by Forte. Forte Aff. ¶¶ 10, 11.

12. The comments are organized by telephone numbers used to make marketing calls. A consumer who receives a sales call can, before answering or deciding whether to return it, consult the 800Notes web site to find out what others have been saying about calls from that number. Or,

if she has taken the call, she may choose to contribute her own experiences to the discussion. Users of the site can find discussions about individual telephone numbers either by scanning the comments shown under the "Latest Comments" tab, or by entering a particular phone number in the search box that appears near the top of the home page, and on the right hand side of each of the internal pages of the site. In addition, there is a link on each page of telephone comments that can be clicked to identify all other telephone numbers in the same area code about which comments have been left. Forte Aff. ¶ 10.

13. Forte neither authors any of the comments about specific telephone numbers or about the companies or individuals making calls from those telephone numbers (except about calls that she or her husband receives), nor edits comments that others have posted, substantively or otherwise. Exhibit G to the Forte Affidavit is a sample page of comments about an individual telephone number Forte Aff. ¶ 11.

14. Forte has never authored or edited any comments about Vision Media or about any of the individual plaintiffs in this case. *Id.*

15. The comments on the web site about Vision Media appear exactly as they were placed by the users of the web site (except for comments that have been removed in their entirety, as discussed below in paragraphs 39-43). *Id.*

16. At the bottom of each page of comments about a given telephone number is a web form that can be completed in order to submit additional information about that telephone number. Immediately beneath the button that must be clicked to submit a comment appear the words: "Thank you for your contribution! Oh, and please watch your language and post only truthful information." *Id.* ¶ 12 and Exhibit G.

17. When a user submits a comments, the web site's software places it on the page of that telephone number immediately and automatically. Forte does not review comments in any way or make any decisions before the comments are placed on the web site. Forte is not even notified of new comments. *Id.* ¶ 13.

18. Forte does not choose which telephone numbers or companies or individuals using telephone numbers are placed on the web site. Forte has never encouraged anyone to post messages about Vision Media. *Id.* ¶¶ 14, 21.

19. Forte has not targeted the web site, or any pages on the web site, or any comments on the web site, at Vision Media or at Florida. *Id.* ¶ 21.

20. The manner in which a new telephone number is added to the web site is as follows: If a site user searches for a telephone number for which no comments have yet been left, she sees a legend inviting comments on that number. Thus, for example, if a user were to search for comments about Public Citizen's telephone number, 202-588-1000, she would see a web page with the following URL (http://800notes.com/Phone.aspx/202-588-1000) and the text, "Did you get an unwanted call from 202-588-1000? There are no comments for this number yet. Be the first to report the call to help identify who is using this phone number." There follow a series of boxes to enter information, followed by the warning: "Thank you for your contribution! Oh, and please watch your language and post only truthful information." Exhibit H to the Forte Affidavit is a sample such page. *Id.* ¶ 14.

21. Each post that appears on the web site is accompanied by a series of buttons, allowing users to rate the posts as "Good Post" or "Bad Post" (shown graphically in the button as a thumbs up or a thumbs down); next to those two buttons is a "rating" number that reflects the net number

of times that the "good" and "bad" buttons have been clicked all users who rate a particular post. Clicking those buttons does not affect the order in which posts appear. A third button allows a user to reply to that specific message. A fourth button allows a user to report a particular post as "abusive." Forte never clicks any of these buttons, which are there exclusively for the site's users. *Id.* ¶ 15.

22. Forte does not generally review posts as they are placed on the web site, nor does she review new telephone numbers that are placed on the web site. However, when posts are marked as "abusive," they are placed in a category of posts for Forte's eventual review. *Id.* ¶ 16.

23. Forte has removed posts as abusive for three principal reasons: (1) because the posts contain offensive language; (2) because the posts contain advertising for particular companies or services; or (3) because the posts constitute spam — multiple messages that appear to have been submitted in quick succession by the same user. *Id.*

24. The web server hosting the site records the Internet Protocol address ("IP address") of each commenter, and Forte uses the IP associated with each comment to assess its possible status as spam. Forte has occasionally banned further postings from particular IP addresses that have been associated with repeated abusive postings. *Id.*

25. The 800 Notes web site has no e-commerce functions that allow users to buy and sell things through the site, nor does the site itself sell anything. Forte has never sold any products or services from the web site. *Id.* ¶ 17.

26. Forte has never sold any products or services to Florida residents in any way. *Id.*

27. Forte has never been in competition with any of the products and services sold by the plaintiffs. *Id.*

28. Forte sells advertising space on the web site.  *Id.* ¶ 18.

29.  Most of the advertising on the web site is placed by one of three large advertising networks:  Google, Tribal Fusion, and Value Click.  Each of these companies is located in California and/or New York.  None of them is based in Florida.  *Id.*.

30.  The web site sometimes carries advertising that is placed directly by the advertiser.  None of the direct advertisers on the web site has been from Florida.  *Id.*

31.  The web site does not provide any way for advertisers to place advertising directly on the site.  Individual would-be advertisers can communicate with Forte through the "contact us" web form, but further communications about possible advertising, and the placement of that advertising, is effected independently of the web site.  *Id.* ¶ 19.

32.  Comments about plaintiff Vision Media have been placed on 800Notes.com on pages about three different numbers: 561-338-7475, 561-367-7601, and 561-826-0770.  Exhibit I to the Forte Affidavit are the comments that currently appear on these pages.  Forte Aff. ¶ 20.

33.  It was the users of the web site, not Forte, who decided to include those phone numbers, and to include comments about the plaintiffs, on the web site, through the mechanism discussed above in ¶ 20.  *Id.*

34.  Both negative and positive comments about Vision Media appear on the 800Notes web site.  *Id.*

35.  Comments on the 800Notes web site include links to discussions of plaintiff in such publications as the New York Times and Consumerist, a blog that is part of Consumers Union.  Exhibit J to the Forte Affidavit are New York Times and Consumerist articles about Vision Media that are linked from the 800Notes web site.  *Id.*

36. Several persons purporting to represent Vision Media, including Lee Levenson, Vision Media's counsel in this case, have posted defenses of Vision Media, countering the criticism that other users have posted. Such defenses of Vision Media's position remain posted to the web site to this day. *Id.*

37. Forte did not write any of the posts about Vision Media or the individual plaintiffs, positive or negative, and has not added anything to any of those posts, or removed any portions of the posts that are on the web site. *Id.*

38. Forte was not aware that posts about Vision Media were being added to the site, nor was Forte aware that Vision Media was in Florida, until that fact was called to Forte's attention by the legal demands and threats from Lee Levenson. *Id.* ¶ 21.

39. The only time that posts about Vision Media have been removed from the 800Notes web site came about after a site user marked several posts on that page as abusive. Upon reviewing the posts, Forte determined that a large number of posts, purporting to be from different posters, and even purporting to be engaged in discussion with each other, in fact came from the same IP addresses. *Id.* ¶ 22.

40. Forte removed all of the posts that were part of the supposed "discussion," and banned further postings from the two IP addresses responsible for the bulk of the removed messages. *Id.* ¶¶ 22, 23.

41. The Terms of Service for 800Notes expressly forbid both spam postings and knowing misrepresentation. *Id*. ¶ 22 and Exhibit D.

42. Forte believes that the placement of multiple messages using multiple pseudonyms by a single poster qualified for deletion both as spam and as knowing misrepresentation. *Id.* ¶ 22.

43. The removed posts had been placed by Vision Media and its agents. *Id.* ¶ 24; SAC ¶ 3 (accusing Forte of "taking down rebuttal materials posted by Plaintiffs").

44. Banning posting from a particular IP address does not prevent the person who was using that IP address from posting from a different IP address. *Id.* ¶ 23.

45. After the removal of the posts mentioned in ¶¶ 39-43, Vision Media and its agents and representatives, including Lee Levenson, Esquire, placed positive messages about Vision Media on the 800Notes web site, and those messages have not been removed. *Id.* ¶ 24.

46. The removal of posts described in ¶¶ 39-43 is the only occasion when Forte removed posts about Vision Media. *Id.* ¶ 25.

47. Apart from the removal of posts described in ¶¶ 39-43, Forte has done nothing to change the appearance of the pages for the phone numbers 561-338-7475, 561-367-7601, and 561-826-0770, such as placing some messages closer to or further from the top of the page. *Id.*

48. Nothing that Forte has placed on the 800Notes web site encourages the posting of unlawful content or defamatory content on 800Notes.com. *Id.* ¶ 26.

49. Nothing that Forte has placed on the 800Notes web site solicits sensational content regardless of its truthfulness or lawfulness to augment page views. *Id.*

50. Forte does not encourage and has not encouraged the posting of unlawful content or defamatory content on 800Notes.com in any other way. *Id.*

51. Forte does not solicit and has not solicited sensational content for 800Notes.com regardless of its truthfulness or lawfulness to augment page views by any other means. *Id.*

52. Forte's web site specifically encourages users to "post only truthful information." The web site is configured so that this legend always appears next to the box where users enter messages

for posting. *Id.*

53. Nothing on 800Notes.com encourages individuals who are subject to non-disparagement obligations, either by employment agreement or by court order, to violate their obligations. *Id.* ¶ 27.

54. Forte has not in any other way encouraged individuals who are subject to non-disparagement obligations, either by employment agreement or by court order, to violate their obligations. *Id.*

55. Forte has never received any information that she deems credible showing that individuals who are subject to non-disparagement obligations, either by employment agreement or by court order, have posted information on 800Notes.com in violation of such obligations. *Id.*

56. Neither the name "Vision Media," nor any of the other names asserted in the complaint to be trademarks belonging to Vision Media, has been used on 800Notes.com to denote Vision Media as the source of the web site, or as the source of any of the comments critical of Vision Media. *Id.* ¶ 28.

57. The name "Vision Media," and the other names asserted in the complaint to be trademarks belonging to Vision Media, have only been used on 800Notes.com to denote Vision Media or the other names as the topic of discussion. *Id.* ¶ 28.

>Respectfully submitted,
>
>HOLLAND & KNIGHT, LLP
>200 South Orange Avenue
>Suite 2600
>Orlando, Florida 32801
>Phone: (407) 425-8500
>Fax: (407) 244-5288

By:    /s/ Judith M. Mercier
Judith M. Mercier (Fla. Bar No. 0032727)
judy.mercier@hklaw.com

Of counsel (pending pro hac vice admission)

Paul Alan Levy
plevy@citizen.org
Deepak Gupta
dgupta@citizen.org

Public Citizen Litigation Group
1600 20th Street, N.W.
Washington, D.C. 20009
(202) 588-1000
(202) 588-7725 (fax)

                                                                   Attorney for Julia Forte and Octonet LLC

January 21, 2010

**CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that on January 21, 2010 I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which will send a notice of electronic filing to the following parties of record:

      Lee Levenson, Esquire, Counsel for Plaintiffs
      LELJDPA@aol.com

The Doe Defendant "Beware" has not been served and I do not have his or her address to send a copy of this filing.

   /s/ Judith M. Mercier
Judith M. Mercier (Fla. Bar No. 0032727)
judy.mercier@hklaw.com
