UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 09-80396-CIV-MARRA

VISION MEDIA TV GROUP, LLC, a
Florida limited liability company et al.,

Plaintiff,

vs.

JULIA FORTE, personally and JULIA FORTE
d/b/a www.800Notes.com, Advent LLC,

Defendants.
_____/

**JUDGMENT**

This cause is before the Court upon the separately entered order granting Defendants' Motion to Dismiss the Complaint for Lack of Personal Jurisdiction

Judgment is hereby entered on behalf of Defendants Julia Forte, personally, and Julia Forte, d/b/a www.800Notes.com, Advent LLC, a/k/a Octonet and against Plaintiff, Vision Media TV Group, LLC and Plaintiff shall take nothing from Defendants. The action is dismissed for lack of personal jurisdiction without prejudice to Plaintiff seeking a ruling on the merits in a court with proper jurisdiction.

The Clerk shall close the case and all pending motions are denied as moot.

**DONE AND ORDERED** in Chambers at West Palm Beach, Palm Beach County, Florida, this 19th day of July, 2010.

                                                                                                                  _____
                                                                                                                   KENNETH A. MARRA
                                                                                                                   United States District Judge